UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EHSAN MATOORI BERIMIASL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 24-cv-3284 (APM) |
| PAMELA J. BONDI Attorney General, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 7, the court grants

Defendants' Motion to Dismiss, ECF No. 4.

This is a final, appealable order.

Dated: September 23, 2025

_____
Amit P. Mehta
United States District Judge